EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA ☒ EEOC

Agency(ies) Charge No(s):

State or local Agency, if any — and EEOC

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Renita Gray | (870) 219-6342 | 01/08/1965 |

Street Address / City, State and ZIP Code: 51 Private Road 3057, Condo #3, Oxford, MS 38655

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two are named, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| University of Mississippi | 100+ | (662) 915-7211 |

| Street Address | City, State and ZIP Code |
|---|---|
| 100 Barr Hall | University, MS 38677 |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06/06/2024 Latest:
☒ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I am a white female. I served as interim director of a program at the University of Mississippi which is responsible for obtaining a wide variety of grants. I supervised approximately 20 persons as interim director.

One of the employees whom I supervised was a problem employee who made my life as a superior extremely difficult. He had been on an improvement plan when I took over as interim director. As I attempted to supervise him, he made baseless claims that I was racist against him. He made these claims in a complaint, which he filed with a University Committee called the Office of Equal Opportunity and Regulatory Compliance. This committee, the "Office of Equal Opportunity and Regulatory Compliance" has the sole responsibility of investigating claims of discrimination made against university employees. The committee made an "investigation" consisting of interviewing multiple persons. No one corroborated any claims of racism against me, and most of the facts were allegations in my favor. The committee made only one actual fact finding against me, by falsely claiming that I had stated when interviewed that I was not "comfortable" with black persons. The committee either misinterpreted or paid no attention to what I actually said and made this erroneous factual finding.

Despite the absence of any actual facts that I had been racially discriminatory, the Office of Equal Opportunity and Regulatory Compliance, entered a finding that I was racially biased. This finding of racial bias was accompanied by a statement that I should be either removed as a supervisor of the complaining black employee or that I should not have any supervisor responsibility.
Shortly thereafter, Interim Vice Chancelor Easson of the University instructed me to retire and that I would be allowed to do so effective in January 2025. Because of his instruction, I tendered my resignation, which is attached as Exhibit "A."

(Continued on page 2)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

08/19/2024 [signature]
Date — Charging Party Signature

NOTARY – *When necessary for State or Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

EXHIBIT "1"

tabbies

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA ☐ EEOC

Agency(ies) Charge No(s):

and EEOC

State or local Agency, if any

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

Additionally, I suffered anxiety and stress requiring medical treatment.

The only rational reason the committee could have made any finding of racism against me is that the University itself, acting especially through the "Office of Equal Opportunity and Regulatory Compliance" is racially biased.
The University of Mississippi has a well-known history of segregation, and therefore, wants to give the impression that it is not biased against black persons. Accordingly, in my case, it entered a finding of racism against me simply because I am a white person. If a white person had made similar complaints to the complaining employee (Dr. Ven Jones) the white person's complaint would have been dismissed as baseless.

I am a result of a University of Mississippi policy, carried out through the Office of Equal Opportunity and Regulatory Compliance arbitrarily favoring a black person's complaint simply because he is black. There is no basis whatever to find I was guilty of any racism, and the findings of the Office of Equal Opportunity and Regulatory Compliance have caused me to be unable to have any hopes of becoming the permanent director, and have also resulted in demands for my retirement, which I have now tendered.

I request the EEOC to investigate this reverse race discrimination against me. I also request that the University of Mississippi be required to report all findings of racism it has made, and to report to the EEOC whether it has entered any findings of racism by a black employee against a white employee.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State or Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

08/13/2024 [signature]

Date — *Charging Party Signature*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

**Renita L Gray**

| | |
|---|---|
| **From:** | Renita L Gray |
| **Sent:** | Wednesday, July 31, 2024 3:29 PM |
| **To:** | Greg Easson |
| **Cc:** | renitagray7@gmail.com; Brian Gray |
| **Subject:** | Retirement/ resignation |

Greg,

Pursuant to your directive requiring an official letter of retirement/resignation, please accept this as my notification of planned retirement as of January 31, 2025.

Sincerely,

Renita

**Renita L. Gray, CRA**
Interim Director of Sponsored Programs Administration
The University of Mississippi
P.O. Box 1848
102 Barr Hall
University, MS 38677-1848
U.S.A.
+1-662-915-7482
rlgray1@olemiss.edu | www.olemiss.edu

This message is the property of The University of Mississippi and is intended only for the use of Addressee(s)and may contain information that is PRIVILEGED, CONFIDENTIAL and/or EXEMPT FROM DISCLOSURE under University policy or applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein is STRICTLY PROHIBITED. If you receive this communication in error, please destroy all copies of the message, whether in electronic or hardcopy format, as well as attachments and immediately contact the sender by replying to this e-mail.



EXHIBIT "A"