3:25-cv-134-MPM-RP

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Memphis District Office**
200 Jefferson Ave, Suite 1400
Memphis, TN 38103
(901) 685-4590
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/28/2025

**To:** Renita Gray
51 Private Road 3057, Condo #3
Oxford, MS 38655
Charge No: 490-2024-03498

EEOC Representative and email: VURTIS MCDOWELL
Investigator
vurtis.mcdowell@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 490-2024-03498.

On behalf of the Commission,

Digitally Signed By:Delner Franklin-Thomas
02/28/2025

Delner Franklin-Thomas
District Director

**Cc:**
University of Mississippi
C/O David Whitcomb, Chief Legal Officer
100 Barr Hall
University, MS 38677

Jim Wade Esq., Attorney
Post Office Box 1357
Tupelo, MS 38802

Please retain this notice for your records.

EXHIBIT "2"