**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**RENITA GRAY** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 3:25-CV-134-MPM-RP**

**BOARD OF TRUSTEES OF THE**
**STATE INSTITUTIONS OF HIGHER**
**LEARNING FOR THE STATE OF MISSISSIPPI**
**D/B/A THE UNIVERSITY OF MISSISSIPPI** **DEFENDANTS**

# ANSWER AND AFFIRMATIVE DEFENSES

Defendants Board of Trustees of the State Institutions of Higher Learning for the State of Mississippi and the University of Mississippi state the following affirmative defenses and otherwise respond to the allegations of Plaintiff's Complaint:

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which this Court can grant relief.

## SECOND AFFIRMATIVE DEFENSE

Any adverse employment action of which Plaintiff complains was made based on reasonable factors other than Plaintiff's race for legitimate, non-discriminatory reasons.

## THIRD AFFIRMATIVE DEFENSE

Defendants acted in good faith with respect to Plaintiff and made decisions with respect to Plaintiff in compliance with established policies and procedures.

## FOURTH AFFIRMATIVE DEFENSE

The business judgment rule bars Plaintiff's claims.

FIFTH AFFIRMATIVE DEFENSE

To the extent Plaintiff alleges that she sustained damages because of Defendants' conduct, which Defendants deny, Plaintiff failed to make reasonable efforts to mitigate her damages.

SIXTH AFFIRMATIVE DEFENSE

To the extent Plaintiff seeks punitive damages, Defendants invoke all protections of the U.S. and Mississippi Constitutions, as well as MISS. CODE ANN. §11-1-65.

SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, resulted in whole or in part from her own actions, or the actions of a third party for which Defendants are not legally responsible.

EIGHTH AFFIRMATIVE DEFENSE

Defendants affirmatively plead all relevant federal law limitations on liability and damages which may apply to Plaintiff's claims.

NINTH AFFIRMATIVE DEFENSE

Plaintiff has failed to allege any discriminatory or unlawful conduct or motivation on the part of the ultimate decision maker.

TENTH AFFIRMATIVE DEFENSE

Defendant denies that any prohibited factor motivated the alleged employment action of which Plaintiff complaints. Even if Plaintiff presents proof of a prohibited factor, though, Defendant would have taken the same action absent such motivation.

**ANSWER**

Having pled affirmatively and reserving the right to amend its affirmative defenses, Defendants respond to Plaintiff's specific averments as follows:

1. Defendants lack sufficient information to admit or deny the averment as to Plaintiff's residence. Upon information and belief, Defendants admit the remaining averments of this paragraph.

2. Defendant admits the University of Mississippi is an arm of the State of Mississippi and that a proper method for service is listed. Defendant denies the remaining averments of this paragraph.

3. Upon information and belief, admitted.

4. Defendant admits Plaintiff is a white female, that she held a job title of "interim director," that her job involved managing grant funds, and, upon information and belief, that she supervised around twenty people. Defendant lacks sufficient information to admit or deny the remaining averments of this paragraph and therefore denies them.

5. Defendant admits that a black employee under Plaintiff's supervision filed a complaint against Plaintiff with Defendant's EORC office. Defendant lacks sufficient information to admit or deny the remaining averments of this paragraph and therefore denies them.

6. Defendant admits EORC investigated the complaint and issued a report, the findings and recommendations of which speak for themselves. Defendant denies the remaining averments of this paragraph.

7. Denied.

8. Denied.

9. Defendant admits Plaintiff filed an EEOC charge and received a right to sue letter. Defendant denies the allegations contained in the EEOC charge.

10. Denied.

## REQUEST FOR RELIEF

In response to the unnumbered Request for Relief, Defendants affirmatively state that Plaintiff is entitled to no relief whatsoever.

FOR THESE REASONS, Defendants request that this Court dismiss Plaintiff's claim with prejudice, grant judgment in favor of Defendants, tax all costs to Plaintiff, and award Defendants its attorney fees. Defendants request such other relief as appropriate under the circumstances.

THIS, the 23rd day of May 2025.

Respectfully submitted,

**BOARD OF TRUSTEES OF THE STATE INSTITUTIONS OF HIGHER LEARNING FOR THE STATE OF MISSISSIPPI D/B/A THE UNIVERSITY OF MISSISSIPPI**

*/s/ Paul B. Watkins, Jr.*
PAUL B. WATKINS, JR. (MB No. 102348)
*Attorney for Defendants*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
Facsimile: (662) 236-0035
*pwatkins@mayomallette.com*