**From:** Kimberly Sanders
**To:** WILLIAM BROWN
**Subject:** Renita Gray v University of Mississippi Charge No: 490-2024-03498
**Date:** Monday, December 16, 2024 8:22:19 AM

---

You don't often get email from kms@waidelaw.com. Learn why this is important

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Mr. Brown:

Below is the rebuttal to Respondent's Position Statement.

Thank you

*Kimberley M. Sanders*
*Legal Assistant*
*Waide & Associates, P.A.*
*P.O. Box 1357*
*Tupelo, MS 38802*
*Telephone: 662-842-7324*
*Facsimile: 662-842-8056*

EXHIBIT
tabbies
"21"

**From:** Renita Gray <(b) (6), (b) (7)(C)
**Sent:** Thursday, December 12, 2024 4:48 PM
**To:** Kimberly Sanders <kms@waidelaw.com>
**Subject:** Re: Gray v University of Mississippi Charge No: 490-2024-03498

I deny the allegations from the EORC investigation. My employee was reprimanded and placed on an Employee Improvement Plan in February 2023 based on his conduct toward a previous supervisor who was an African American female. Once I became his supervisor, he failed to improve his conduct enough to stop the plan that was in place. This employee was insubordinate, argumentative,and would not complete assigned tasks without demanding a raise and new title/position. In late November 2023 he said he was having car trouble and would need to work remotely. When he didn't return to work after several weeks, I asked when he was coming back to work. He indicated he would be back when the university reopened in January after the winter holiday. The employee failed to show back up for work in January. Per UM's Human Resource department instructions, I provided him with a date of return in February and told him he had to find alternate transportation. He didn't return on the date required. The Human Resource department indicated I should provide him with a final set date of return, which the Vice Chancellor for Research directed me to state as March 18, 2024. On March 18, he didn't come to work and sent a text that he was having back spasms and couldn't work. However, he took less than one hour of leave for that day. I think he took either 15 or 30 minutes of leave for March 18th. He returned to work on March 19, 2024. Due to him not being physically present in February, the employee improvement plan lapsed and I was in the process of starting a

new one based on his current behavior toward me and the Vice Chancellor for Research and Sponsored Programs. However, before I could complete the improvement plan, he filed a complaint with UM's EORC office. Due to the complaint, the VC Research didn't want me to follow through with the improvement plan until the EORC investigation was concluded.

During the upcoming investigation by EORC I was asked if this made me uncomfortable and I responded "Yes, very uncomfortable" I never said I was "Very Uncomfortable around Black employees" as they indicated, but that the situation of being investigated for these charges by an employee made me very uncomfortable. During the conversation, I did tell them I was raised in an all-white area, and therefore had taken coaching lessons from the DEI office to assure I didn't treat any employees differently, regardless of race or gender. This coaching was a followup to a university-mandated DEI training I was required to complete before I could serve on any employee search committees. After the training, I asked for advice from the presenter because I had been told by an African American female employee that they had been mistreated by faculty members of middle eastern descent. I explained this to EORC during the investigation and felt the matter was closed, until they falsely stated I made this disparaging comment.

14 employees of the university were interviewed during this investigation and none, other than the employee who made the allegations, indicated I was racist. EORC either misunderstood and misstated what I said or they purposely falsified the statement I made. The university is very aware of its reputation regarding racism. I feel their goals of alleviating their racist past in the public domain has caused them to be discriminatory toward me as a white person.

Due to this issue, the director position at the university of which I am serving as interim director, was advertised. I was not able to apply based on their indication I couldn't supervise this employee. This caused me [redacted] due to the stress, caused me to be placed on [redacted], and has prematurely ended my planned time of employment at UM. I have announced my retirement as of January 2025. The early retirement will reduce my retirement benefits to such a degree that my retirement proceeds will not fully cover health care for me and my family. I am 7 years away from being medicare eligible.

SInce early Fall, 2024, the university has advertised for my position, but has had a failed search due to a lack of qualified applicants. UM plans to hire a consultant until a new search can be completed.

I followed university procedures and asked for the Provost to review and overturn the allegations, but he instead indicated he would not look at the documentation I provided, but supported the EORC office.

Please let me know if you need exact dates for this or any other documentation.

Renita