**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**RENITA GRAY** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 3:25-cv-134-MPM-RP**

**BOARD OF TRUSTEES OF THE**
**STATE INSTITUTIONS OF HIGHER**
**LEARNING FOR THE STATE OF MISSISSIPPI**
**D/B/A THE UNIVERSITY OF MISSISSIPPI** **DEFENDANTS**

**DECLARATION OF KIMBERLY DEVRIES**

1. My name is Kimberly DeVries. I make this declaration based on my personal knowledge.

2. I am the Assistant Vice Chancellor for Access and Compliance and Executive Director of Equal Opportunity and Regulatory Compliance ("EORC") at the University of Mississippi.

3. I am aware of Dr. Ventez Jones' allegations that Renita Gray discriminated against him because of his race and sex in 2023 and 2024. My office investigated and concluded that there was sufficient evidence to find Ms. Gray engaged in race discrimination but insufficient evidence to find she had engaged in gender discrimination.

4. EORC also investigated allegations of race discrimination made by two other Black employees in the Office of Research and Sponsored Programs, Lesha Agnew and LaTanya Dixon, in 2023 and 2024.

5. Ms. Agnew alleged she had been discriminated against because of her race and gender by multiple administrators, including Ms. Gray. EORC investigated these allegations between July 2023 and August 2024, and it concluded that there was insufficient evidence of

EXHIBIT
"22"

discrimination and no violation of the University's Non-Discrimination and Sexual Harassment Policy.

6. Dr. Dixon alleged race and age discrimination by two administrators, including Ms. Gray. EORC investigated these allegations between February 2023 and April 2024. EORC found there was insufficient evidence of discrimination and no violation of the University's Non-Discrimination and Sexual Harassment Policy.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29th day of May, 2026.

KIMBERLY DEVRIES