IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

RENITA GRAY PLAINTIFF

v. Civil No. 3:25-CV-00134-GHD-RP

BOARD OF TRUSTEES OF THE STATE
INSTITUTIONS OF HIGHER LEARNING
FOR THE STATE OF MISSISSIPPI, agent of
THE UNIVERSITY OF MISSISSIPPI DEFENDANT

ORDER CONTINUING TRIAL DATE

This case was recently reassigned to the undersigned [37]. Due to the Court's current trial calendar, the Court hereby continues the current trial date and pretrial deadlines in this case.

THEREFORE, it is hereby ORDERED that the trial of this case, currently set to commence on September 14, 2026, shall be CONTINUED until November 16, 2026, at the federal courthouse in Oxford, Mississippi; the Court shall issue a Notice formally resetting the trial to commence on that date. The Magistrate Judge assigned to this matter may amend the Scheduling Order and reset the associated pretrial deadlines upon the issuance of this Order continuing the trial date.

SO ORDERED, this, the 1st day of June 2026.

SENIOR U.S. DISTRICT JUDGE