**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**RENITA GRAY** **PLAINTIFF**

**v.** **CAUSE NO. 3:25-cv-134-GHD-RP**

**BOARD OF TRUSTEES OF THE STATE INSTITUTIONS OF HIGHER LEARNING FOR THE STATE OF MISSISSIPPI d/b/a THE UNIVERSITY OF MISSISSIPPI** **DEFENDANT**

---

**PLAINTIFF RENITA GRAY'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [38]**

---

COMES NOW, Plaintiff Renita Gray, by and through her counsel, and files this Response in Opposition to Defendant's Motion for Summary Judgment [Doc. 38], and in support thereof would respectfully show the Court as follows:

1. Defendant filed its motion for summary judgment [Doc. 38] on June 1, 2026, seeking dismissal of Plaintiff's claims.

2. Plaintiff will show that Defendant's motion [Doc. 38] is not well-taken.

3. There exist issues of material fact regarding the reasons for Plaintiff's resignation.

4. Plaintiff's rights were protected by Title VII of the Civil Rights Act of 1964.

5. In support of this response, Plaintiff relies on the following evidentiary materials:

Ex. A Deposition of Renita Gray;

Ex. B Deposition of Greg Easson;

Ex. C Deposition of Grey Young;

Ex. D Deposition of Honey Ussery;

Ex. E EORC Report;

Ex. F Deposition of Mickey McLaurin;

Ex. G Deposition of Ventez Jones;

Ex. H Subpoena to Testify at a Deposition and Proof of Service for Ventez Jones; and

Ex. I Deposition of Kimberly DeVries.

RESPECTFULLY SUBMITTED, on July 31, 2026.

**RENITA GRAY**, Plaintiff

By: */s/ Jim Waide*

Jim Waide, MS Bar No. 6857
Rachel Pierce Waide, MS Bar No. 100420
Yance Falkner, MS Bar No. 106107
WAIDE & ASSOCIATES, P.A.
332 North Spring Street
Tupelo, MS 38804-3955
Post Office Box 1357
Tupelo, MS 38802-1357
Telephone: (662) 842-7324
Facsimile: (662) 842-8056
Email: waide@waidelaw.com
jdw@waidelaw.com
rpierce@waidelaw.com
yfalkner@waidelaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing with the Clerk of the Court, utilizing this court's electronic case data filing system (CM/ECF), which sent notification of such filing to all counsel of record.

DATED July 31, 2026.

*/s/ Jim Waide*
**JIM WAIDE**